UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PHARMA SUPPLY, INC.,             CASE NO.   14-cv-80374-JIC
   *Plaintiff*,
v.

MITCHELL A. STEIN and
STEIN LAW, P.C.,
   *Defendants*.
_____/

### THIRD-PARTY DEFENDANT DIGITAL E-TECHNOLOGIES, INC.'S MOTION TO DISMISS THIRD-PARTY CLAIM

**COMES NOW,** Third-Party Defendant, Digital E-Technologies, Inc. ("Digital E"), by and through its undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and files this Motion to Dismiss the Defendants' Third-Party Claim [DE 47], and states:

1.    The Defendants/Counterclaimants/Third-Party Plaintiffs, Stein Law, P.C., and Mitchell A. Stein (collectively, "Stein"), have filed a Third-Party Claim against Third-Party Defendant, Digital E.  Previously in this action, Plaintiff/Counter Defendant, Pharma Supply, Inc., was served with the identical claim in the form of a Counterclaim, which Pharma has moved to dismiss pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, and Pharma has invited the Court to consider converting its Motion into a motion for summary judgment (DE 66).

2.    Pharma's Motion to Mismiss has been fully briefed by the Parties.  *See* DE 66, DE 78, and DE 87.  All of the arguments made by Pharma in response to Stein's Counterclaim apply equally to Stein's Third-Party Claim against Digital E.

3.    Stein has attempted to plead eight counts against Digital E:

Count I – Breach of Contract;

Count II – Unjust Enrichment;

Count III – Promissory Estoppel;

Count IV – Conversion;

Count V – Fraud;

Count VI – Breach of Fiduciary Duties;

Count VII – Unfair and Deceptive Trade Practices; and

Count VIII – Injunctive Relief.

4.  Pharma moved, and Digital E now moves, to dismiss all eight counts, for the reasons stated in Pharma's Motion to Dismiss Counterclaim, DE 66, and its Reply to Defendants' Response to Plaintiff's Motion to Dismiss Counterclaim, DE 87, and which, in the interest of judicial economy, Digital E joins and incorporates by reference all of the arguments posited by Pharma in support of Digital E's Motion to Dismiss..

WHEREFORE, Third-Party Defendant, Digital E- Technologies, Inc., by and through its undersigned counsel, respectfully request that Third-Party Plaintiff's claim against Digital E be dismissed with prejudice.

November 10, 2014                    Respectfully submitted,

/s/ Domingo C. Rodriguez
Domingo C. Rodriguez, Esq. (FBN 394645)
domingo@rslawmiami.com
**Rodriguez Schooley Law Firm, LLC**
2121 Ponce de Leon Blvd., Suite 430
Miami, Florida 33134
Tel: (305) 774-1477 ~ Fax: (305) 774-1075
*Counsel for Plaintiff and Third-Party Defendant, Digital E-Technologies, Inc.*

James P. Schooley, Esq. (FBN 572470)

        schooleylaw@att.net
        **Schooley & Assoc., Inc.**
        2322 SE 8th Street
        Cape Coral, Florida 33990
        Tel: (239) 574-3450 ~ Fax: (239) 574-3453
        *Co-Counsel for Plaintiff and Third-Party*
        *Defendant, Digital E-Technologies, Inc.*

## Certificate of Service

      I HEREBY CERTIFY that a true and correct copy of the foregoing was provided on November 10, 2014, via CM/ECF, to all parties or counsel of record on the Service List below.

        /s/ Domingo C. Rodriguez
        Domingo C. Rodriguez, Esq.

**SERVICE LIST**

Bradley R. Slenn, Esq.
STEIN LAW, P.C.
24 Woodbine Ave., Ste. 4
Northport, NY 11768